EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Integración de Salas de Verano | 2026 TSPR 42<br><br>218 DPR ___ |

Número del Caso:  ES-2026-0001

Fecha:  22 de abril de 2026

Materia: Integración de Salas de Verano.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| INTEGRACIÓN DE SALAS DE VERANO | ES-2026-01 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de abril de 2026.

De conformidad con la Regla 4(c) del Reglamento de este Tribunal, 4 LPRA Ap. XXI-B, culminada la presente sesión, se constituyen las siguientes salas para funcionar durante el receso de verano:

Del 1 al 31 de julio de 2026:

Hon. Rafael L. Martínez Torres, Presidente
Hon. Mildred G. Pabón Charneco
Hon. Roberto Feliberti Cintrón

Del 1 al 31 de agosto de 2026:

Hon. Ángel Colón Pérez, Presidente
Hon. Camille Rivera Pérez
Hon. Raúl A. Candelario López

Del 1 al 30 de septiembre de 2026:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Hon. Erick V. Kolthoff Caraballo
Hon. Luis F. Estrella Martínez

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                        Javier O. Sepúlveda Rodríguez
                                        Secretario del Tribunal Supremo